*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, KISOR, and GERRITY
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Maurice A. JAMES**
Seaman (E-3), U.S. Navy
*Appellant*

**No. 202500443**

_____

Decided: 17 July 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Frankie D. Hutchison

Sentence adjudged 6 October 2025 by a special court-martial tried at Naval Base Norfolk, Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 12 months and a bad-conduct discharge.

For Appellant:
*Commander Candice C. Albright, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.